IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CR. NO.1:CR-00-119-02 |
|  | ) (Chief Judge Kane) |
| v. | ) |
|  | ) |
| **TOM ELLIOTT, III** | ) (Electronically Filed) |

## **GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION FOR RELIEF PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3582(c)**

AND NOW comes the United States of America, by its undersigned counsel and submits the following Response in Opposition to the Defendant's Motion for Relief pursuant to Title 18 United States Code, Section 3582(c), setting forth the following material factors in support thereof:

1. The defendant was previously convicted and sentenced for offenses involving the distribution of cocaine base, also known as crack cocaine.

2. The defendant was originally sentenced to a term of 140 months' imprisonment, a sentence which represented a downward departure from the guidelines imprisonment range which the Court found to be applicable in this case, 151-188 months' imprisonment. That guidelines imprisonment range was based upon the Court's finding that the defendant's offense level was 29 and the

defendant's criminal history category was VI because the defendant is a career offender.

3. Following imposition of this sentence, in December 2007, the United States Sentencing Commission enacted an amendment to the sentencing guidelines, Amendment 706, which reduced the guidelines offense level for drug distribution and conspiracy offenses involving cocaine base by two offense levels and further provided that this amendment applied retroactively to defendants who were sentenced before the effective date of this amended guideline.

4. The defendant has now moved pursuant to Title 18, United States Code, Section 3582(c), for relief in accordance with this amended guidelines provision.

5. Upon review of the defendant's motion and the underlying facts of this case, the United States believes that the defendant is **not** entitled to request some relief pursuant to Title 18, United

States Code, Section 3582(c) since the defendant is a Career Offender.

                                          Respectfully submitted,

                                          MARTIN C.CARLSON
                                          United States Attorney

                                          /S/WILLIAM A. BEHE
                                          WILLIAM A. BEHE
                                          Assistant U.S. Attorney
                                          228 Walnut Street
                                          Suite 220
                                          Harrisburg, PA 17108
                                          (717)221-4482
                                          (717)221-2246 (Facsimile)
                                          PA32284
                                          william.behe@usdoj.gov

Dated:June 30, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CR. NO.1:CR-00-119-02 |
| | ) (Chief Judge Kane) |
| v. | ) |
| | ) |
| **TOM ELLIOTT, III** | ) (Electronically Filed) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 30th day of June, 2008 she served a copy of the attached

**GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION FOR RELIEF PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3582(c**

by electronic means and/or by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Tom Elliott
10185-067
FCI Schuylkill
PO Box 759
Minersville, PA 17954-1759

                                                  s/Phyllis M. Mitchell
                                                  PHYLLIS M. MITCHELL
                                                  Supervisory Legal Assistant