IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00119-002 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| TOM ELLIOTT, III | : | (Electronically Filed) |

### CERTIFICATE OF CONCURRENCE

I, Heidi R. Freese of the Federal Public Defender's Office, do hereby certify that Assistant United States William A. Behe, Esquire concurs on behalf of the government in the foregoing Motion for Withdrawal as Counsel in Proceedings Related to Crack Cocaine Amendment.

Date: July 7, 2008

/s/ Heidi R. Freese
HEIDI R. FREESE, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA87668
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<Heidi_Freese@fd.org>
*Attorney for Tom Elliott*