IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00119-002 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| TOM ELLIOTT, III | : | (Electronically Filed) |

### ORDER OF COURT

AND NOW this _____ day of March, 2008, upon consideration of the within Motion for Withdrawal of Counsel in Proceedings Related to Crack Cocaine Amendment, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____
YVETTE KANE
UNITED STATES DISTRICT COURT