IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00119-002 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| TOM ELLIOTT, III | : | (Electronically Filed) |


## ORDER OF COURT


AND NOW this 11th day of July, 2008, upon consideration

of the within Motion for Withdrawal of Counsel in Proceedings Related to Crack

Cocaine Amendment, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.


BY THE COURT:


_s/ Yvette Kane  _____
YVETTE KANE
UNITED STATES DISTRICT COURT